# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BETTY HALE, | : | |
|     Plaintiff, | : | |
| | | Case No. 3:09CV0483 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
|     Commissioner of the Social | | |
|     Security Administration, | : | |
|     Defendant. | : | |

## DECISION and ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections has expired, hereby **ADOPTS** said Report and Recommendations.

    IT THEREFORE IS **ORDERED** THAT:

    1.    The Report and Recommendations filed on January 26, 2011 (Doc. #14) are ADOPTED in full;

2. The ALJ's non-disability determination is VACATED;

3. No finding is made regarding whether Plaintiff is under a "disability" within the meaning of the Social Security Act;

4. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Report and Recommendations and with any decision adopting this Report and Recommendations; and

5. The case is TERMINATED on the docket of this Court.

February 15, 2011  *s/THOMAS M. ROSE*

Thomas M. Rose
United States District Judge